United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, | § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 6:23-CV-00039 |
| TA OPERATING, LLC | | |

**FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 24), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on September 3, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE